AARON D. FORD
  Attorney General
Michael J. Bongard (Bar. No. 7997)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED, II,<br><br>  Petitioner,<br><br>vs.<br><br>WARDEN JO GENTRY, et al.,<br><br>  Respondents. | Case No. 2:17-cv-00648-RFB-PAL<br><br>**MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 10)**<br><br>**(Second Request)** |

Respondents, through legal counsel, Aaron D. Ford, Attorney General of The State of Nevada, and Michael J. Bongard, Deputy Attorney General, hereby move this court for a thirty (30) day enlargement of time, up to and including February 11, 2019, in which to submit the response to the petition filed in this matter. (ECF No. 10). The response is currently due January 11, 2019.

Respondents base this motion on the declaration of Counsel.

This is Respondents' second request for an extension of time in which to file an opposition and made in good faith and not for purposes of delay.

DATED this 10th day of January, 2019.

AARON D. FORD
Attorney General


By: /s/ Michael J. Bongard
    Michael J. Bongard (Bar No. 007997)
    Deputy Attorney General

## DECLARATION OF MICHAEL J. BONGARD

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Post-conviction Unit, and I make this declaration on behalf of Respondents' Motion for Enlargement of Time to file the response to the petition (Second Request) in the above-captioned case. By this motion, I am requesting an additional thirty (30) day enlargement of time, up to and including, February 11, 2019, to file and serve the response to the petition filed in this matter. The response is currently due January 11, 2019.

2. Counsel has three other federal pleadings due during the week of January 7, 2019. On January 7, 2019, Counsel filed the response to the amended petition in *Murray v. Williams*, Case No. 2:12-cv-02212-RFB-VCF. Counsel also is filing the response to the amended petition in *Carmichael v. Gentry*, Case No. 2:16-cv-01142-RFB-GWF, and an opposition to a motion to amend in *Holden v. Nevins, et al.,* No. 2:14-cv-00668-JCM-GWF, on January 10, 2019.

3. In this matter, counsel has almost completed the response to the petition. However, even if Counsel completes the response to the petition in time to file on January 11, 2019, there are over three hundred (300) exhibits in the state court record. Counsel does not anticipate being able to file all exhibits by January 11, 2019.

4. For the reasons stated above, as well as the record in this case, counsel respectfully asks this Court to grant the request for an extension of time ~~of thirty (30) days~~ to file the response to the petition in this matter. due February 26, 2019.

DATED this 10th day of January, 2019.

By: /s/ Michael J. Bongard
Michael J. Bongard (Bar No. 007997)
Deputy Attorney General

IT IS SO ORDERED:

**IT IS FURTHER ORDERED:** that [16] MOTION to Extend Time (First Request) re 10 Amended Petition for Writ of Habeas Corpus is denied as moot.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of February, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system on the 10th day of January, 2019.

I certify that some of the participants in this case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery to the following non-CM/ECF participants:

Max Reed, II, #1068078
Southern Desert Correctional Center
PO Box 208
Indian Springs, NV 89070

/s/ D. Simon
An Employee of the Office of the Attorney General