UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAX REED, II,

    Petitioner,

v.

JO GENTRY, et al.,

    Respondents.

Case No.: 2:17-cv-00648-RFB-PAL

**ORDER**

28 U.S.C. § 2254 habeas corpus petitioner Max Reed, II has filed a motion for appointment of counsel (ECF No. 15). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), cert. denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970). Here, Reed is serving a term of 20 to 50

years, with an equal and consecutive term of 20 to 50 years, and it is unclear whether the legal issues he wishes to raise may be complex. Therefore, Reed's motion for counsel is granted.

In light of the appointment of counsel, respondents' motion to dismiss is denied without prejudice.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the amended petition for writ of habeas corpus (ECF No. 10). The FPD shall have 30 days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a second amended petition.

**IT IS FURTHER ORDERED** that respondent's motion to dismiss (ECF No. 18) is **DENIED** without prejudice.

DATED: February 26, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE