UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MAX REED, II,

        Petitioner,

v.

JO GENTRY, et al.,

        Respondents.

Case No. 2:17-cv-00648-RFB-PAL

ORDER

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Nevada state prisoner Max Reed, II. On February 27, 2019, this court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action, and the Federal Public Defender's Office subsequently appeared on behalf of petitioner (ECF Nos. 55, 56). On September 9, 2019, Reed filed a *pro se* motion seeking to have his counsel withdraw (ECF No. 68). The court directs Reed's counsel to file a response to his motion.

**IT IS THEREFORE ORDERED** that, within **30 days** of the date of this order, counsel for petitioner shall file a response to petitioner's *pro se* motion to withdraw attorney (ECF No. 68).

**IT IS FURTHER ORDERED** that no further action by the parties is required at this time.

DATED: October 17, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1