# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MAX REED, II,

    Petitioner

v.

JO GENTRY, et al.,

    Respondents

Case No.: 2:17-cv-00648-RFB-PAL

**ORDER**

    Max Reed, II's 28 U.S.C. § 2254 habeas corpus petition is before the court on his motion for a stay of these federal proceedings or in the alternative for an extension of time to file his amended petition (ECF No. 78). The FPD explains that she cannot conduct the necessary investigation into Reed's case due to current restrictions and safety protocols in response to the COVID-19 pandemic, including strict limitations on visitation in Nevada prisons. Counsel also notes that the tele-work of the FPD, and the Nevada guidelines regarding social distancing and non-essential commerce and activities, will impact counsel's ability to investigate this case and prepare the amended petition at this time.[1] This court has the inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties. *See Ferdik v. Bonzelet*, 963

---

[1] *See, e.g.*, http://doc.nv.gov/About/Press_Release/covid19_updates/; nvhealthresponse.nv.gov.

F.2d 1258, 1260 (9th Cir.1992). There is no indication here that petitioner seeks a stay for the purposes of delay. The motion for stay is, therefore, granted. In granting the stay, however, the court makes no assurances as to whether any claims in the amended petition will be considered timely.

**IT IS THEREFORE ORDERED** that petitioner's motion for issuance of stay and abeyance (ECF No. 78) of this federal habeas corpus proceeding is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED**.

**IT IS FURTHER ORDERED** that the grant of a stay is conditioned upon petitioner returning to federal court with a motion to reopen the case when counsel concludes investigation of his case.

**IT IS FURTHER ORDERED** that the Clerk **SHALL ADMINISTRATIVELY CLOSE** this action, until such time as the court grants a motion to reopen the matter.

Dated: June 15, 2020

_____
RICHARD F. BOULWARE, II
U.S. DISTRICT JUDGE