# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED, II,<br><br>    Petitioner<br><br>v.<br><br>JO GENTRY, et al.,<br><br>    Respondents | Case No.: 2:17-cv-00648-RFB-NJK<br><br>**Order Directing Petitioner to File Status Report** |

The Federal Public Defender moved the Court for a motion to stay Max Reed, II's 28 U.S.C. § 2254 habeas corpus petition proceedings because the investigation into his case was hampered by restrictions and safety protocols in response to the COVID-19 pandemic, including strict limitations on visitation in Nevada prisons. ECF No. 78. The Court granted the motion in June 2020. ECF No. 80. The Court directed that Reed file a motion to reopen this case upon completion of the investigation, which Reed has not yet done. The court now orders Reed to file a report explaining the status of the investigation.

**IT IS THEREFORE ORDERED** that, **on or before January 8, 2024**, Petitioner file a report informing the Court of the status of the investigation of his case.

DATED: December 7, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**