# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAX REED, II,<br><br>        Petitioner,<br><br>    v.<br><br>JEREMY BEAN,[1] *et al.*,<br><br>        Respondents. | Case No. 2:17-cv-00648-RFB-NKJ<br><br>**ORDER** |

Petitioner Max Reed, II asks the Court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 104. Good cause appearing, the motion is granted. Absent extraordinary circumstances, the Court is unlikely to grant any further extension.

---

[1] According to the state corrections department's inmate locator page, Reed is incarcerated at High Desert State Prison. The department's website reflects Jeremy Bean is the warden for that facility and thus the proper respondent. *See* Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. At the end of this order, the Court directs the Clerk of Court to substitute Jeremy Bean for respondent D.W. Neven.

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 104) is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to January 27, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of Court substitute Jeremy Bean for respondent D.W. Neven.

**DATED:** November 27, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**