UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAX REED, II,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-00648-RFB-NKJ<br><br>**ORDER** |

　　Petitioner Max Reed, II, through his counsel the Federal Public Defender, asks the Court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. € 2254 habeas corpus petition. ECF No. 106. Good cause appearing, the motion is granted.

　　**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 106) is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to March 28, 2025**.

**DATED:** February 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**