# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAX REED, II,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-00648-RFB-NKJ<br><br>**ORDER** |

　　Petitioner Max Reed, II, through his counsel the Federal Public Defender, asks the Court for an extension of time to file an opposition to respondents' motion to dismiss his 28 U.S.C. € 2254 habeas corpus petition. ECF No. 108. Good cause appearing, the motion is granted.

　　**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 108) is GRANTED** *nunc pro tunc*. **The deadline to oppose is extended to April 18, 2025**.

**DATED:** April 6, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**