1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

* * *

7

MAX REED, II,

Case No. 2:17-cv-00648-RFB-NKJ

8

Petitioner,

**ORDER**

9

v.

10

JEREMY BEAN, *et al.*,

11

Respondents.

12

13

Respondents ask the Court for an extension of time to file both a reply in support of their

14

motion to dismiss Max Reed, II's 28 U.S.C. § 2254 habeas corpus petition and to file their

15

response to petitioner's motion for evidentiary hearing. ECF Nos. 113, 114. Respondents explain

16

that it will better assist the Court and be more efficient to file the two responses jointly. ECF No.

17

114 at 2. Good cause appearing,

18

**IT IS ORDERED** that respondents' unopposed motions for extension of time to file a

19

reply in support of the motion to dismiss and to file a response to the motion for evidentiary hearing

20

**(ECF Nos. 113 and 114) are both GRANTED** *nunc pro tunc*. **The deadline for both responses**

21

**is extended to May 27, 2025**.

22

23

24

**DATED:** May 14, 2025.

25

26

27

_____

**RICHARD F. BOULWARE, II**

28

**UNITED STATES DISTRICT JUDGE**