# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MAX REED, II,

    Petitioner,

v.

JEREMY BEAN, *et al.*,

    Respondents.

Case No. 2:17-cv-00648-RFB-NKJ

**ORDER**

Respondents ask the Court for an extension of time to file both a reply in support of their Motion to Dismiss Max Reed, II's 28 U.S.C. § 2254 Habeas Corpus Petition and to file their response to Petitioner's Motion for Evidentiary Hearing. ECF No. 116. Good cause appearing, the motion is granted. Absent extraordinary circumstances, the Court is highly unlikely to grant any further extensions.

**IT IS THEREFORE ORDERED** that Respondents' unopposed Motion for Extension of Time to file a reply in support of the Motion to Dismiss and to file a response to the Motion for Evidentiary Hearing (ECF No. 116) is **GRANTED** *nunc pro tunc*. **The deadline is extended to June 26, 2025**.

**DATED:** May 28, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**