**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MAX REED, II, | Case No. 2:17-cv-00648-RFB-NKJ |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

Respondents ask the Court for an extension of time to file both a reply in support of their Motion to Dismiss Max Reed, II's 28 U.S.C. § 2254 Habeas Corpus Petition together with their response to Petitioner's Motion for Evidentiary Hearing. ECF No. 120. Good cause appearing,

**IT IS ORDERED** that Respondents' unopposed Motion for Extension of Time to file a reply in support of the Motion to Dismiss and a response to the Motion for Evidentiary Hearing (ECF No. 120) is **GRANTED** *nunc pro tunc*. **The deadline is extended to August 11, 2025**.

**DATED:** August 6, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**